UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL NOLAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 12-12634

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MONA K. MAJZOUB

## ORDER ADOPTING REPORT AND RECOMMENDATION [11]

On June 24, 2013, Magistrate Judge Majzoub issued a Report and Recommendation [11] that Plaintiff's Motion for Summary Judgment [8] be DENIED and that Defendant's Motion for Summary Judgment [10] be GRANTED. No objection has been filed to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Plaintiff's Motion for Summary Judgment [8] is **DENIED**. Defendant's Motion for Summary Judgment [10] is **GRANTED**.

    **SO ORDERED**.

                                    s/Arthur J. Tarnow
                                    ARTHUR J. TARNOW
                                    SENIOR U.S. DISTRICT JUDGE

Dated: July 19, 2013